UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00132-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

RICKY LEE BURKHALTER,

       Defendant.

---

## ORDER RESETTING MOTIONS HEARING

---

THIS MATTER is before the Court *sua sponte*. Due to a scheduling conflict,

**IT IS ORDERED** that the Motions hearing currently set for **June 13, 2007 at 10:30 a.m.**

**is VACATED** and **RESET to June 13, 2007 at 10:00 a.m.** in the United States District Court

for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street,

Denver, Colorado.

Dated this 6th day of June, 2007

                **BY THE COURT:**

                *Marcia S. Krieger*

                Marcia S. Krieger
                United States District Judge