## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover            Date: June 13, 2007
Court Reporter:   Paul Zuckerman

Criminal Action No. 07-cr-00132-MSK

*Parties*:                                   *Counsel Appearing*:

UNITED STATES OF AMERICA,                    Judith Smith

      Plaintiff,

v.

RICKY LEE BURKHALTER,                        Janine Yunker

      Defendant.

---

## COURTROOM MINUTES

---

HEARING: Motions Hearing to Set Motion to Suppress (#14)

**10:10 a.m.**     **Court in session**.

Defendant present in custody.

**ORDER:**   Hearing on Motion to Suppress (Doc. #14) is set **June 29, 2007 at 1:30 p.m.**, in Courtroom A901, 901 19th Street, Denver, Colorado.

**ORDER:**   Trial set for **June 25, 2007 at 1:00 p.m. is VACATED** and will be reset following the suppression hearing. The Final Trial Preparation Conference set for **June 21, 2007 at 4:30 p.m. is VACATED.**

**ORDER:**   Defendant's Motion for One-Day Continuance of Detention Hearing **(Doc. #9)** is **DENIED** as moot.

**ORDER:**   Defendant is remanded to the care and custody of the United States Marshal Service.

**10:14 a.m.**     **Court in recess.**

**Total Time: 4 minutes**
**Hearing concluded.**