UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00132-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

RICKY LEE BURKHALTER,

      Defendant.

_____

## ORDER VACATING HEARING
_____

      **THIS MATTER** comes before the Court pursuant to the Defendant's Notice of

Disposition **(# 18)**.  The parties having reached a disposition in this matter, the Suppression

Hearing set for June 29, 2007 is **VACATED**.  Counsel shall jointly contact chambers on Monday,

July 2, 2007 for the purpose of scheduling a Change of Plea Hearing.

      Dated this 28th day of June, 2007

                   **BY THE COURT:**

                   *Marcia S. Krieger*
                   _____

                   Marcia S. Krieger
                   United States District Judge